"A person commits the offense of unlawful use of weapons when he knowingly: * * * (4) carries * * * concealed on or about his person * * * any pistol, revolver or other firearm; * * *." Ill. Rev. Stat. 1967, ch. 38, par. 24—1(a) (4).

Defendant contends that because the State's evidence indicated that the weapon was first seen by officer Garcia at the bottom of defendant's pants leg and was immediately recognized as a pistol there was insufficient evidence of concealment. In advancing this contention defendant relies upon *People v. Crachy* (1971), (Ill.App.2d), 268 N.E.2d 467, in which we reversed a conviction under the statute here applied. In *Crachy* the record supplied no evidence that the weapon was covered or hidden from view, the arresting officer having testified that it was carried in the defendant's waist band and identifiable as a weapon from a distance of fifteen to thirty feet. In the instant case, however, officer Garcia's testimony indicated that defendant was under observation and walking toward him for approximately one-half block during which time he did not see the weapon. He was only able to determine that a weapon was present when it fell to the ground and defendant attempted to throw it away. It was a logical and reasonable inference that the weapon emerging from defendant's pants leg had been concealed upon his person and the fact that when first seen by the officer it was immediately recognizable as a firearm is irrelevant. See *People v. Euctice* (1939), 371, Ill. 159 at 162.

We conclude that the evidence of concealment was sufficient and that the judgment must be affirmed.

Judgment affirmed.

ENGLISH, P. J., and DRUCKER, J., concur.

COFFMAN PIRTLE et al., Plaintiffs-Appellees, v. ROBERT THOMAS, Defendant-Appellant.

(No. 54531;

First District—December 7, 1971.

Opinion by Mr. JUSTICE LEIGHTON.

Parrillo, Sims and Bresler, of Chicago, (Murray W. Sims, Jr., of counsel,) for appellant.

THE PEOPLE OF THE STATE OF ILLINOIS, Plaintiff-Appellee, *v.* JAMES BUTLER, Defendant-Appellant.

(No. 54619; )

First District—December 7, 1971.

Gerald W. Getty, Public Defender, of Chicago, (James N. Gramenos, Assistant Public Defender, of counsel,) for appellant.

Edward V. Hanrahan, State's Attorney, of Chicago, (Robert A. Novelle and Martin Moltz, Assistant State's Attorneys, of counsel,) for the People.

Mr. PRESIDING JUSTICE LEIGHTON delivered the opinion of the court:

The issue in this appeal is whether denial of defendant's motion to suppress evidence without findings of fact and conclusions of law is reversible error. We hold that where, as in this case, there is no question concerning credibility of witnesses and the evidence meets the required standards of reasonable searches, failure of the trial judge to make findings of fact and reach conclusions of law in ruling on a motion to suppress evidence is not reversible error.